UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DON S. WILLNER & ASSOCIATES, P.C., a State of Washington Professional Corporation,<br><br>            Plaintiff,<br><br>       v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, As Receiver For The Benj. Franklin FS&LA,<br><br>            Defendant. | Case No. 1:06CV01227 (EGS) |

**ORDER CONSOLIDATING CASES FOR PURPOSES OF DISCOVERY**

IT IS HEREBY ORDERED that this case is consolidated, solely for discovery purposes, with *Winston & Strawn, LLP v. FDIC*, No. 1:06CV01120 (EGS), and *Blackwell Sanders Peper Martin LLP, & Ernest M. Fleischer v. FDIC*, No. 1:06CV01273 (EGS).

IT IS FURTHER ORDERED that in all other respects, Defendant FDIC's Motion to Consolidate Cases is DENIED.

_____          _____
Emmett G. Sullivan                                              Date
United States District Judge

The attached order, if entered, should be sent to:

1. Jeremiah A. Collins
   Bredhoff & Kaiser, P.L.L.C.
   805 15th Street, N.W., Suite 1000
   Washington, DC  20005
   (Counsel in Civil Action No. 06-01127 (EGS))

2. Bruce C. Taylor
   Federal Deposit Insurance Corporation
   Room VS-E7118
   550 17th Street, N.W.
   Washington, DC  20429
   (Counsel in Civil Action Nos. 06-01025, 06-01120,
   06-01127, and 06-01273 (EGS))

3. Thomas Buchanan
   Winston & Strawn
   1700 K Street, N.W.
   Washington, DC  20005
   (Counsel in Civil Action No. 06-01120 (EGS))

4. William F. Demarest
   Blackwell, Sanders, Peper, Martin LLP
   750 17th Street, N.W., Suite 1000
   Washington, DC  20006
   (Counsel in Civil Action No. 06-01273 (EGS))

5. Rosemary S. Stewart
   Spriggs & Hollingsworth
   1350 I Street, N.W.
   Washington, DC  20005
   Fax:  202-682-1639
   (Counsel in Civil Action No. 06-0125 (EGS))