UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DON S. WILLNER & ASSOCIATES, P.C., a State of Washington Professional Corporation, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for the Benj. Franklin Federal Savings and Loan Association, Portland, Oregon, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:06CV01227 (EGS) |

## **SCHEDULING ORDER**

Having reviewed the Joint Report of the Parties, IT IS ORDERED that the following schedule shall apply in this case unless and until altered by subsequent order of this Court:

1. Any joinder of other parties or amendment of the pleadings shall be completed by October 13, 2006.

2. All discovery is to be completed by December 29, 2006.

3. A final pretrial conference will be conducted on February __, 2006.

4. Trial will commence on [March] [April] ____, 2007.

Date: _____         _____
                                EMMET G. SULLIVAN
                                United States District Judge

The foregoing order, if entered, should be sent to:

>Jeremiah A. Collins
>Bredhoff & Kaiser, PLLC
>805 15th Street, NW
>Washington, DC 20005-2207


>Bruce C. Taylor
>Federal Deposit Insurance Corporation
>550 17th Street, NW
>Room VS-E7118
>Washington, DC 20429