# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 |
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | (202) 282-5000 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 |
| BUCKLERSBURY HOUSE<br>3 QUEEN VICTORIA STREET<br>LONDON, EC4N 8NH | FACSIMILE (202) 282-5100<br><br>www.winston.com | 21 AVENUE VICTOR HUGO<br>75116 PARIS, FRANCE<br><br>101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |

THOMAS M. BUCHANAN
(202) 282-5787
tbuchanan@winston.com

November 29, 2005

Richard Gill, Esq.
Federal Deposit Insurance Corporation
1717 H Street, N.W.
Washington, DC 20006

      Re:    **Benj. Franklin Federal Savings**
                 **Portland, Oregon**

Dear Mr. Gill:

      Enclosed please find our Amendment No. 1 to the Proof of Claim submission sent to you on August 26, 2005 for attorneys' fees incurred by Winston & Strawn LLP.

      The enclosed Amendment No. 1 adds the time spent during the months of August, September and October 2005 on the tax-related legal work performed for the benefit of Benj. Franklin Federal Savings and its shareholders. The total amount for our legal services for this period is $3,072.01 at $125.00 an hour. At our standard rates the value of this time is $11,867.50, which brings our total at standard rates to $569,908.75. If doubled, the total amount is $1,139,817.50.

                                                 Sincerely,

                                                   Thomas M. Buchanan

Enclosures

cc:    Rosemary Stewart

**ENCLOSURES OMITTED**