# WINSTON & STRAWN LLP

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

BUCKLERSBURY HOUSE
3 QUEEN VICTORIA STREET
LONDON, EC4N 8NH

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

(202) 282-5000

FACSIMILE (202) 282-5100

www.winston.com

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

21 AVENUE VICTOR HUGO
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

THOMAS M. BUCHANAN
(202) 282-5787
tbuchanan@winston.com

May 12, 2006

**VIA FEDERAL EXPRESS**

Glenn Glinsmann
Resolution and Receiverships Specialist
Federal Deposit Insurance Corporation
1910 Pacific Avenue
Room 8040
Dallas, TX 75201

Re:   **The Benj. Franklin Federal Savings & Loan Association
Portland, OR - In Receivership
Receipt of Proof of Claim**

Dear Ms. Glinsmann:

Enclosed is a further supplement to our fee petition of August 26, 2005 in the above-captioned matter.

The enclosed Amendment No. 3 adds the time spent during the months of, March and April of 2006 on tax-related legal work performed for the benefit of Benj. Franklin Federal Savings and its shareholders. The total amount of our legal services for this period is $2,750 at $125.00 an hour. At our standard rates the value of this time is $11,640, which brings our total at standard rates to $589,242.50. If doubled, the total amount is $1,178,485.00.

Please call me if you have any questions.

Sincerely,

Thomas M. Buchanan

Enclosures

cc:   Richard Gill (w/enclosures)
Rosemary Stewart (w/enclosures)
C. Robert Suess (w/o enclosures)

**ENCLOSURES OMITTED**