```
00001
 1       UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLUMBIA
 2   -------------------------------x
     WINSTON & STRAWN, LLP, et al., :
 3                                  :
              Plaintiffs,           :
 4                                  :
           v.                       : No. 06-01120 (EGS)
 5                                  :    06-01227 (EGS)
 6   FEDERAL DEPOSIT INSURANCE      :    06-01273 (EGS)
 7   CORPORATION,                   :
 8                                  :
 9           Defendant.             :
10   -------------------------------x
11                 Washington, D.C.
12              Thursday, January 18, 2007
13   Deposition of
14           ERNEST M. FLEISCHER
15   a witness, called for examination by counsel for
16   Defendant, pursuant to notice and agreement of
17   counsel, beginning at approximately 8:00 a.m., at
18   the law offices of Winston & Strawn, 1700 K Street,
19   NW., Washington, D.C., before Mary Ann Payonk of
20   Beta Court Reporting, notary public in and for the
21   District of Columbia, when were present on behalf
22   of the respective parties:
```

00004
1  1           P R O C E E D I N G S
2  2   Whereupon,
3  3           ERNEST M. FLEISCHER
4  4   was called as a witness and, having been first
5  5   duly sworn, was examined and testified as follows:
6  6           EXAMINATION BY COUNSEL FOR FDIC
7  7           BY MR. TAYLOR:
8  8      Q   Good morning, Mr. Fleischer.
9  9      A   Good morning.
10 0      Q   Based on comments made by Mr.
11 1   Borthwick prior to the deposition, I'm going
12 2   to shorten my deposition somewhat. I'm sure
13 3   everybody's happy about that.
14 4           I'll start with: How did you get
15 5   involved in the settlement negotiations
16 6   relating to the case of United States versus
17 7   FDIC?
18 8      A   I received a telephone call from
19 9   Don Willner in which Mr. Wilner introduced
20 0   himself to me, told me that he'd obtained my
21 1   name from Jerry Stock, that he understood I
22 2   was a tax lawyer, that I had familiarity with

```
00005
 1  1  the taxation of thrifts, and he wanted to
 2  2  share with me the factual information about
 3  3  Benjamin Franklin, which was in receivership
 4  4  with the FDIC, as the receiver, sought then
 5  5  to obtain my views as to whether or not I
 6  6  would be willing to serve as tax counsel, and
 7  7  further explained to me that there truly was
 8  8  no client with whom to negotiate anything and
 9  9  that no source of funds was readily available
10  0  with which to pay a normal hourly rate.
11  1      Q   Do you recall when you got the
12  2  phone call from Mr. Willner, approximately?
13  3      A   My recollection is that it was in
14  4  approximately the middle of 2002.
15  5      Q   During that phone call, did you
16  6  discuss the terms of your employment?
17  7      A   The terms, as I recall, were that
18  8  the fee was going to be a contingent fee
19  9  based upon the results obtained because there
20  0  was no fund out of which to pay normal hourly
21  1  rates.
22  2          Mr. Willner at that time told me
```