UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINSTON & STRAWN LLP,<br><br>and<br><br>DON S WILLNER & ASSOCIATES, P.C.<br><br>and<br><br>BLACKWELL SANDERS PEPER MARTIN<br>and<br>ERNEST M. FLEISCHER<br><br>       Consolidated Plaintiffs,<br><br>   v.<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION, AS RECEIVER FOR<br>THE BENJ. FRANKLIN FS&LA,<br>PORTLAND, OREGON<br><br>       Defendant. | Civil Case No. 06-01120 (EGS)<br><br>[Consolidated with No. 06-01227<br>(EGS) and No. 06-01273 (EGS)] |

## PROPOSED ORDER

Having reviewed the motion, the Court finds partial Summary Judgment should be granted in favor of plaintiffs. It is therefore ORDERED

Plaintiffs are entitled as a matter of law to a percentage fee from the assets of the Benj Franklin Savings & Loan Receivership Estate.

After an evidentiary hearing, the Court will determine the amount of a reasonable percentage.

Dated:_____          _____
                                                                                  Judge

1

KC-1466821-1

Submitted By:

/s/ William F. Demarest, Jr.
William F. Demarest, Jr. (D.C. Bar No. 266312)
Blackwell Sanders Peper Martin LLP
750 17th Street N.W., Suite 1000
Washington, D.C. 20006-3901
Phone: (202) 378-2300
Facsimile: (202) 378-2319

and

James Borthwick     (MO #19722)
Nancy S. Jochens    (MO #49022)
Blackwell Sanders Peper Martin LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Phone: (816) 983-8000
Facsimile: (816) 983-8080
*Attorneys for Blackwell Sanders Peper Martin, LLP and Ernest M. Fleischer*